## STATE ex KRIEG v TRACY et

Ohio Appeals, 2nd Dist, Franklin Co

No 2403. Decided Jan 26, 1934

Harrison & Marshman, Cleveland, Herbert S. Duffy, Columbus, and Thomas J. Duffy, Columbus, for relator.

John W. Bricker, Atty. General, Columbus, and Perry Graham, Columbus, for defendants.

For full opinion see 39 OLR 457; 190 NE 48; 47 Oh Ap 65.